```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  Federal Building
    2500 Tulare Street, Ste. 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
    NIKKI RUSSELL,                )   1:05-CV-01382 SMS
10                                )
                Plaintiff,        )   STIPULATION AND ORDER
11                                )   TO EXTEND TIME
                                  )
12              v.                )
                                  )
13  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
14  Security,                     )
                                  )
15              Defendant.        )
    _____)
16
17       The parties, through their respective counsel, stipulate
18  that defendant's time to respond to plaintiff's opening brief be
19  extended from July 10, 2006 to August 17, 2006.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28
                                  1
```

```
 1       This is defendant's first request for an extension of time
 2  to respond to plaintiff's opening brief.  Defendant needs the
 3  additional time to further review the file and prepare a response
 4  in this matter.
 5                                    Respectfully submitted,
 6
 7
    Dated: July  5, 2006
 8                                     /s/ Young Cho
                                      (As authorized via facsimile)
 9                                    YOUNG CHO
                                      Attorney for Plaintiff
10
11  Dated: July  5, 2006
                                      McGREGOR W. SCOTT
12                                    United States Attorney
13
14                                     /s/ Kristi C. Kapetan
                                      KRISTI C. KAPETAN
15                                    Assistant U.S. Attorney
16
17
18  IT IS SO ORDERED:
19
20
    Dated: 7/6/2006              /s/ Sandra M. Snyder
21                                    THE HONORABLE SANDRA M. SNYDER
                                      United States Magistrate Judge
22
```